DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNEST THEODORE BESSETTE,**
Appellant,

v.

**LAW OFFICE OF MARGHERITA DOWNEY, LLC,**
Appellee.

No. 4D16-3671

[September 6, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. 15-019530CACE(03).

John F. Schutz of Schutz & White, LLP, West Palm Beach, for appellant.

Margherita Downey of Law Office of Margherita Downey LLC, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***